UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
|  |  |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | : 21 MC 102 (AKH) |

-----------------------------------------------------------------X

|  |  |
|---|---|
| WILSON CHACA, | : 07-CV-01583-AKH |
| Plaintiff, | : |
| - against - | : **APPEARANCE** |
| 222 BROADWAY, LLC, *et al.*, | : **ELECTRONICALLY FILED** |
| Defendants. | : |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York
       January 18, 2008

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen
       _____
       Judith R. Cohen (JC-8614)
       1177 Avenue of the Americas
       New York, New York 10036
       Phone: (212) 277-6500
       Fax: (212) 277-6501

       *Attorney for Defendant*
       222 BROADWAY, LLC.

DOCSNY-287427