Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
IN RE WORLD TRADE CENTER LOWER                                :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                            :
                                                              :
                                                              :
                                                              :
                                                              :
                                                              :
-------------------------------------------------------------X
WILSON CHACA,                                                 :   07-CV-01583-AKH
                                                              :
                              Plaintiff,                      :
                                                              :   **NOTICE OF ADOPTION**
       - against -                                            :   **OF ANSWER**
                                                              :   **TO MASTER COMPLAINT**
222 BROADWAY, LLC, *et al.*,                                  :   **BY 222 BROADWAY**
                                                              :
                              Defendants.                     :   **ELECTRONICALLY FILED**
-------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendant 222 Broadway, LLC ("222 Broadway"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts 222 Broadway's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

DOCSNY-288198

WHEREFORE, 222 Broadway demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York  
      January 18, 2008

DICKSTEIN SHAPIRO LLP

By:   /s/  Judith R. Cohen  
_____  
Robert J. Higgins (RH-6477)  
Judith R. Cohen (JC-8614)  
1177 Avenue of the Americas  
New York, New York 10036  
Phone: (212) 277-6500  
Fax: (212) 277-6501

*Attorneys for Defendant*  
222 BROADWAY, LLC.