UNITED STATES DISTRICT COURT
OUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH)

## RETURN OF SERVICE

| | DATE $6/27/07$ |
|---|---|
| Service of the Summons and Complaint[1] was made by me[2] | |
| NAME OF SERVER (PRINT)  Ker Mills | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other *(specify):* Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

**New York University**
**838 Broadway**
**New York, NY 10003-4812**

For the following Defendant(s):

NEW YORK UNIVERSITY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/07
　　　　　　　Date



Signature of Server

115 Broadway, NYC 10006
Address of Server



**BETSY BARRANCO**
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20 LC

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

* 1 3 *  * 7 2 7 1 *  * 5 4 *  * 5 0 *

   



# Service Rider

New York University

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 14640 | Gladys Agudelo | 07cv4446 | 6/5/2007 |
| 7609 | Maria E. Alvarez (and Husband, Carlos Chavarriage) | 05cv10135 | 5/24/2007 |
| 9392 | Rossina Angulo | 07cv4449 | 6/5/2007 |
| 12258 | Ivan Ascencio | 07cv1460 | 5/24/2007 |
| 9431 | Carlos G Asmal | 07cv1462 | 5/31/2007 |
| 9546 | Edgar Avila | 07cv1464 | 5/24/2007 |
| 9434 | Luis G. Avila | 07cv4450 | 6/5/2007 |
| 9569 | Nolberto Avila (and Wife, Brigida Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto Avila (and Wife, Nelly Avila) | 07cv1465 | 5/24/2007 |
| 3800 | Virginia Barbosa | 06cv1649 | 5/24/2007 |
| 13967 | Hector Barroso | 07cv4452 | 6/5/2007 |
| 10228 | Carlos Bunay | 07CV1571 | 5/31/2007 |
| 9291 | Wilson Chaca | 07CV1583 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 9387 | Mieczyslaw Dabrowski (and Wife, Agata Dabrowska) | Not Available | 5/24/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |
| 10337 | Danilsa Flores | 07CV1608 | 5/24/2007 |
| 6812 | Walter Gallegos | 07cv4467 | 6/5/2007 |
| 9458 | Margarita Gil | 07cv4470 | 6/5/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 12871 | Egerton Kelly (and Wife, Una D Kelly) | 06cv13971 | 5/24/2007 |
| 9355 | Kenneth Kinsey | 07CV1638 | 5/24/2007 |
| 12565 | Andrzej Kiryk (and Wife, Urszula Kiryk) | 07CV1639 | 5/31/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 3806 | Araceli Medina | 07cv4490 | 6/5/2007 |
| 12564 | Linder Mosquera | 06CV13702 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 4597 | Divina Nunez | 07CV356 | 5/24/2007 |
| 9302 | Jose Peralta | 07CV1683 | 5/24/2007 |
| 10374 | Kazimierz Perkowski (and Wife, Maria Perkowski) | 06 CV8278 | 5/24/2007 |
| 4283 | Guelmer Rendon | 07cv4510 | 6/5/2007 |
| 9417 | Mieczyslaw Romaniuk | Not Available | 5/24/2007 |
| 8511 | Casilda Ruffen | 07cv1523 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |

Group:    Out    In: 



# Service Rider

New York University

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 7307 | Antonio  Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 3828 | Julio  Villafuerte | 06cv1652 | 5/24/2007 |
| 9409 | Jan  Wolkowicz (and Wife, Grace  Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9514 | Alcibar  Yumbla (and Wife, Rosa  Ortiz) | 07cv1729 | 5/24/2007 |

40

Group:  Out  In: